*Court of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*



## MEMORANDUM OPINION

No. 04-10-00914-CV

**IN RE** Juan Edgar **OCHOA,** Jr.

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
               Phylis J. Speedlin, Justice
               Steven C. Hilbig, Justice

Delivered and Filed:  January 12, 2011

PETITION FOR WRIT OF MANDAMUS DENIED

On December 22, 2010, relator Juan Edgar Ochoa filed a petition for writ of mandamus, complaining in part that the Justice of the Peace Precinct 3, Jim Hogg County, has prevented him from appealing the justice court's ruling.  However, by statute this court only has the authority to issue a writ against a "judge of a district or county court in the court of appeals district" and other writs as necessary to enforce our appellate jurisdiction.  *See* TEX. GOV'T CODE ANN. § 22.221(a)-(b) (West 2004).  Therefore, we have no mandamus jurisdiction over a justice of the peace unless the issuance of the writ is necessary to enforce our jurisdiction.  We conclude the

---

[1] This proceeding arises out of Cause No. JP3-10-544, styled *State of Texas v. Juan Edgar Ochoa*, in the Justice of the Peace Precinct 3, Jim Hogg County, Texas, the Honorable Heriberto Martinez presiding.

relief relator seeks is not necessary to enforce our jurisdiction.  Accordingly, relator's petition for writ of mandamus is DISMISSED FOR LACK OF JURISDICTION.

PER CURIAM